A091 (Rev. 8/01) Criminal Complaint

Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 17 2015

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
CAMARERO-Hernandez, Carlos

**CRIMINAL COMPLAINT**

Case Number: C-15-313 M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 16, 2015** (Date) in **Kenedy** County, in the Southern District of Texas defendant, **CAMARERO-Hernandez, Carlos** a native and citizen of **Mexico**, and an alien who had been previously deported from the United States, was found unlawfully within the United States in **Kenedy** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

On March 16, 2015, Carlos CAMARERO-Hernandez was encountered by Border Patrol agents at or near Sarita, Texas. Agents determined CAMARERO-Hernandez to be a citizen and national of Mexico without any immigration documents to be or remain in the United States legally. Record checks revealed CAMARERO-Hernandez had been Ordered Removed from the United States by a designated official on February 25, 2014 and was physically removed from the United States to Mexico on February 25, 2014 via Hidalgo, Texas. CAMARERO-Hernandez was last removed from the United States on November 18, 2014 via Brownville, Texas. CAMARERO-Hernandez stated his last entry into the United States was on March 09, 2015 near Hidalgo, Texas. Record checks further revealed CAMARERO-Hernandez has been convicted of Illegal entry into the United States. At this time there is no evidence to indicate CAMARERO-Hernandez has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. U.S. Border Patrol Prosecutions presented the facts to AUSA Ken Cusick who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Signature of Complainant

**Edwin Lopez**
Printed Name of Complainant

Sworn to before me and signed in my presence,
and probable cause found on:

**March 17, 2015**
Date

at **Corpus Christi, Texas**
City and State

**B. Janice Ellington U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer